IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MCHONE ET AL.,

    Plaintiff,

v.

FRIENDS OF NORTH BAY REGIONAL CENTER ET AL.,

    Defendants.

No. 14-03385 EDL

**ORDER GRANTING APPLICATIONS TO APPEAR TELEPHONICALLY**

On October 14, 2014, Plaintiff's and Defendants Far Northern Regional Center, Puckett Residential Services, Inc., Mary Gates and Heather McGill's counsel each filed a request to appear telephonically at the initial case management conference set for October 21, 2014 at 3:00 p.m. Good cause appearing, IT IS HEREBY ORDERED that the Requests are GRANTED. Counsel shall stand by beginning at the date and time above until called by the Court. No later than two Court days prior, the parties shall call the Court's courtroom deputy at 415-522-3694 to provide the Court with a direct dial number to call on for this appearance.

Dated: October 15, 2014

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge