1   Wayne H. Maire, State Bar No. 88850
    Patrick L. Deedon, State Bar No.: 245490
2   Collin M. Bogener, State Bar No. 272560
3   **MAIRE BURGESS & DEEDON**
    Post Office Drawer 994607
4   Redding, California 96099-4607
    (530) 246-6050 / 246-6060 (fax)
5

6   Attorney(s) for Defendant,
    FAR NORTHERN REGIONAL CENTER
7

8

9                   **UNITED STATES DISTRICT COURT**

10                 **NORTHERN DISTRICT OF CALIFORNIA**

11

12  SHIRLEY McHONE and              CASE NO.:   C 14-03385 EDL
    JAMES EDWARD McHONE,
13
                                    [~~PROPOSED~~] **ORDER GRANTING**
14          Plaintiffs,             **DEFENDANT NORTHERN REGIONAL**
                                    **CENTER'S REQUEST FOR TELEPHONIC**
15  vs.                            **APPEARANCE AT HEARING ON MOTION**
                                    **TO DISMISS PLAINTIFF'S FIRST**
16  FRIENDS OF NORTH BAY            **AMENDED COMPLAINT UNDER RULE**
    REGIONAL CENTER,                **12(b)(6)**
17  FAR NORTHERN REGIONAL
    CENTER, PUCKETT
18  RESIDENTIAL SERVICES, INC.,
    MARY GATES, an individual,
19  HEATHER McGILL, an individual,
    and DOES 1 through 10, inclusive,
20
21          Defendants.
                                                        /
22  _____

23

24

25          Defendant, FAR NORTHERN REGIONAL CENTER, by its attorney, Wayne H. Maire,

26  request to appear telephonically at the hearing on its Motion to Dismiss Plaintiff's First Amended

27  Complaint Under Rule 12(b)(6) on December 16, 2014 at 9:00 a.m. in Courtroom E, is granted.

28

                                                                                      PAGE 1
[PROPOSED] ORDER GRANTING DEFENDANT FAR NORTHERN REGIONAL CENTER'S REQUEST FOR
TELEPHONIC APPEARANCE AT PLAINTIFF'S FIRST AMENDED COMPLAINT UNDER RULE 12(b)(6)

1     **IT IS SO ORDERED.**

2

3     Dated:    12/15/2014

4                                  Judge Elizabeth D. Laporte

5                                   United States Magistrate Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Maire Burgess & Deedon
2851 Park Marina Dr. Ste. 300
P.O. Drawer 994607
Redding, CA. 96099-4607
(530) 246-6050

PAGE 2

[PROPOSED] ORDER GRANTING DEFENDANT FAR NORTHERN REGIONAL CENTER'S REQUEST FOR
TELEPHONIC APPEARANCE AT PLAINTIFF'S FIRST AMENDED COMPLAINT UNDER RULE 12(b)(6)