MICHAEL J. LEVANGIE, State Bar # 160163
**LEVANGIE LAW GROUP**
2021 N Street
Sacramento, CA 95811
Tel: (916) 443-4849
Fax: (916) 443-4855
Email: Michael.levangie@llg-law.com

Attorneys for Defendants
PUCKETT RESIDENTIAL SERVICES, INC.,
MARY GATES and HEATHER MCGILL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHIRLEY McHONE and JAMES EDWARD McHONE,<br><br>Plaintiffs,<br><br>vs.<br><br>FRIENDS OF NORTH BAY REGIONAL CENTER; FAR NORTHERN REGIONAL CENTER; PUCKETT RESIDENTIAL SERVICES, INC.; MARY GATES, an individual; and HEATHER MCGILL, an individual, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 3:14-cv-03385<br>*Hon. Elizabeth D. Laporte*<br><br>[~~PROPOSED~~] **ORDER GRANTING DEFENDANTS PUCKETT RESIDENTIAL SERVICES, INC., MARY GATES and HEATHER MCGILL'S REQUEST FOR TELEPHONIC APPEARANCE AT HEARING ON THE MOTION TO DISMISS**<br><br>**Date:** December 16, 2014<br>**Time:** 9:00 a.m.<br>**Dept:** E, 15th Floor |

Defendants, PUCKETT RESIDENTIAL SERVICES, INC., MARY GATES and HEATHER MCGILL, by its attorney, Michael J. LeVangie, request to appear telephonically at the hearing on the Motion to Dismiss for hearing on December 16, 2014, at 9:00 a.m. in Courtroom E, is granted.

////

////

////

1

[~~PROPOSED~~] ORDER GRANTING DEFENDANTS PUCKETT RESIDENTIAL SERVICES, INC., MARY GATES and HEATHER MCGILL'S REQUEST FOR TELEPHONIC APPEARANCE AT HEARING ON MOTION TO DISMISS

I:\client\McHone v. Puckett\Pleading\Order - Request for Telephonic Appearance - Mtn To Dsms.doc

IT IS SO ORDERED.

DATED: December 15, 2014

*[signature: Elijah D. Laporte]*
JUDGE ELIZABETH D. LAPORTE
UNITED STATES MAGISTRATE JUDGE

2

[PROPOSED] ORDER GRANTING DEFENDANTS PUCKETT RESIDENTIAL SERVICES, INC., MARY GATES and HEATHER MCGILL'S REQUEST FOR TELEPHONIC APPEARANCE AT HEARING ON MOTION TO DISMISS

I:\client\McHone v. Puckett\Pleading\Order - Request for Telephonic Appearance - Mtn To Dsms.doc

*McHone v. Puckett Residential Services*
United States District Court Court Case No. C 14-03385 EDL

## PROOF OF SERVICE

I, the undersigned, declare that I am, and was at the time of service of the papers herein referred to, over the age of 18 years and not a party to the within action or proceeding. My business address is 2021 N Street, Sacramento, California, 95811, which is located in the county in which the within-mentioned service occurred.

On this date, I served the following document(s):

**[PROPOSED] ORDER GRANTING DEFENDANTS PUCKETT RESIDENTIAL SERVICES, INC., MARY GATES and HEATHER MCGILL'S REQUEST FOR TELEPHONIC APPEARANCE AT HEARING ON MOTION TO DISMISS**

to each addressee named below:

| | |
|---|---|
| Wayne H. Maire<br>Patarick L. Deedon<br>MAIRE BURGESS & DEEDON<br>Post Office Drawer 994607<br>Redding, CA 96099-4607<br>Attorneys for Defendant<br>FAR NORTHERN REGIONAL CENTER | Kevin M. Smith<br>BRADLEY CURLEY, et al.<br>1100 Larkspur Landing Circle, Suite 200<br>Larkspur, CA 94939<br>Attorneys for Defendant<br>NORTH BAR REGIONAL CENTER |
| Ryan Saba<br>ROSEN & SABA, LLP<br>9350 Wilshire Blvd, Suite 250<br>Beverly Hills, CA 90212<br>ATTORNEYS FOR Plaintiff | |

[X]   (EFC) A true copy of said document(s) was/were e-filed with the U.S. District Court, Northern District of California. Once e-filed, these documents are transmitted through the court's ECF server to the interest parties to this action.

Executed on December 15, 2014, at Sacramento, California.

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct.

_Annie Abreu-Park_

3

[PROPOSED] ORDER GRANTING DEFENDANTS PUCKETT RESIDENTIAL SERVICES, INC., MARY GATES and HEATHER MCGILL'S REQUEST FOR TELEPHONIC APPEARANCE AT HEARING ON MOTION TO DISMISS

I:\client\McHone v. Puckett\Pleading\Order - Request for Telephonic Appearance - Mtn To Dsms.doc