UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD MCHONE, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>FAR NORTHERN REGIONAL CENTER, et al.,<br><br>    Defendants. | Case No.  14-cv-03385-EDL<br><br>**JUDGMENT** |

This action came before the Court, Magistrate Judge Elizabeth D. Laporte presiding, and the issues have been duly heard and considered and a decision having been fully rendered,

IT IS ORDERED AND ADJUDGED that in accordance with the Court's Order of January 5, 2015, Defendants' Motions to Dismiss are granted without leave to amend.

**IT IS SO ORDERED.**

Dated: Jan 6 2015

ELIZABETH D. LAPORTE
United States Magistrate Judge